**Walter W. CORRIGAN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 6915.

Circuit Court of Appeals, Third Circuit.

April 1, 1939.

J. Nelson Anderson, of Washington, D. C. (Stanley Worth, of Washington, D. C., of counsel), for petitioner.

James W. Morris, Asst. Atty. Gen., and Sewall Key and Arnold Raum, Sp. Assts. to Atty. Gen., for respondent.

Before BIGGS, MARIS, and CLARK, Circuit Judges.

PER CURIAM.

This is a petition to review a decision of the Board of Tax Appeals. The tax involved arises out of the same transactions which were before the Circuit Court of Appeals for the Second Circuit in Baker v. Commissioner, 80 F.2d 813, and again in Cable v. Commissioner, 102 F.2d 977, and the questions involved are identical. That court in a careful and well reasoned opinion in the Baker case decided these questions in favor of the Government. We fully agree with its conclusions. Accordingly, upon the authority of its opinion, the decision of the Board of Tax Appeals is affirmed.

---

**Jesse Sebastian DAWSON v. FARMERS BANK & TRUST COMPANY and Byrne & Speed Coal Corp.**

Circuit Court of Appeals, Sixth Circuit.

April 7, 1939.

D. A. Sachs, Jr., of Louisville, Ky., for appellant.

Kelley & Kelley, of Bardstown, Ky., for appellees.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

---

PER CURIAM.

It is ordered that the appeal herein be and the same is dismissed without docketing, pursuant to agreed motion of counsel.

**Edith Mae ECKLER and The First Central Trust Company, Executrix and Administrator, with the Will Annexed of the Estate of John R. Eckler, Deceased, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 8269.

Circuit Court of Appeals, Sixth Circuit.

April 7, 1939.

Herbert S. Duffy, of Columbus, Ohio, and Parker Fulton, of Cleveland, Ohio, for petitioners.

James W. Morris, Asst. Atty. Gen., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that the transcript of record in this cause was filed on July 25, 1938, and that no steps have been taken since that time to prosecute the appeal, it is ordered, on the court's own motion, that the appeal be and the same is hereby docketed and dismissed, the costs to be charged against the government as constructive earnings.